IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JEFFREY ROSSMAN, §
§
*Plaintiff,* § SA-21-CV-00203-JKP
§
vs. §
§
ETHICON, INC.,  ETHICON US, LLC, §
ETHICON ENDO SURGERY, INC., §
JOHNSON & JOHNSON, §
§
*Defendants.* §

## ORDER

Before the Court in the above-styled cause of action is the Motion for Admission Pro Hac Vice, filed by L. James Wood [#3].  Mr. Wood's application reflects that he is a member in good standing with the Bar of the State of Texas.  According to the motion, this is Mr. Wood's third application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case.  This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one or two cases.  Any additional requests by out-of-district counsel require counsel to apply for admission to the Western District of Texas.

Mr. Wood indicates in his motion that he is in the process of filing an application for admission, but the Court has not yet received his application.  The Court will therefore conditionally grant Mr. Wood's motion, such that he may appear in this case *pro hac vice* provided he apply for admission and be licensed in the Western District of Texas within 180 days from the date of this order.  Should Mr. Wood fail to do so, his *pro hac vice* status will be terminated.

1

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Hac Vice [#3] is **CONDITIONALLY GRANTED** such that L. James Wood may appear before this Court *pro hac vice* provided he apply for admission to the Western District of Texas and be admitted to practice in the Western District of Texas within 180 days from the date of this order.  Should Mr. Wood fail to comply with this Court's order, he will no longer be permitted to represent Plaintiff Jeffrey Rossman in this case.  The Court further **ORDERS** counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

**IT IS FURTHER ORDERED** that L. James Wood immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2) if he has not already done so.

**IT IS FURTHER ORDERED** that L. James Wood, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so.  Mr. Wood's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

SIGNED this 23rd day of March, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

2